TOM ROBERSON V. THE STATE.

No. 11742.   Delivered March 31, 1928.

Rehearing denied April 18, 1928.

1.—Transporting Intoxicating Liquor—No Error Disclosed.

This record contains a plea of guilty, is without statement of facts, and no error is disclosed which would warrant a reversal of the judgment, and it is affirmed.

ON REHEARING.

2.—Same—No Error Disclosed.

On rehearing, no particular matter is called to our attention, either of fact or law, in our original opinion, upon which could be based a claim that we incorrectly decided the case, and the motion is overruled.

Appeal from the District Court of Rains County. Tried below before the Hon. Grover Sellers, Judge.

Appeal from a conviction for transporting intoxicating liquor, penalty one year in the penitentiary.

The opinion states the case.

No brief filed for appellant.

*A. A. Dawson* of Canton, State's Attorney, for the State.

MORROW, PRESIDING JUDGE. — The conviction is for the unlawful transportation of intoxicating liquor, punishment fixed at confinement in the penitentiary for one year.

The indictment is regular, to which the appellant entered his plea of guilty. The record is before us without statement of facts or bills of exceptions.

No fundamental error having been perceived or pointed out, the judgment is affirmed.

*Affirmed.*

ON MOTION FOR REHEARING.

LATTIMORE, JUDGE.—The motion for rehearing fails to call our attention to any particular matter either of facts or law in the original opinion, upon which could be based a claim that we incorrectly decided the case.   No authorities are cited.

The motion will be overruled.

*Overruled.*